Opinion issued February 16, 2012

     



 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-12-00111-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



IN RE STATE FARM LLOYDS, Relator

 




 
 
 
 
 
 
 


 



Original Proceeding on Petition for Writ of Mandamus

 




 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION[1]


 

By petition for writ of mandamus,
relator, State Farm Lloyds, sought mandamus relief from the trial court’s
February 2, 2012 order compelling production of documents.  On February 3, 2012, this Court granted an
emergency motion to stay the trial court’s February 2, 2012 order. On February
8, 2012, State Farm Lloyds moved to lift the emergency stay and dismiss the
petition for mandamus as moot. 

We lift the emergency stay previously
ordered by this Court and dismiss the petition for writ of mandamus as
moot.  

Per Curiam

 

Panel consists of Chief Justice Radack and Justices
Higley and Brown. 

       











1            The
underlying case is Shelton’s New
Beginnings, LLC v. State Farm Lloyds, No. 10-CV-2741 in the 212th District
Court of Galveston County, Texas, the Hon. Susan Criss,
presiding.